**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

KWAINE THOMPSON,

                              Plaintiff,                       22 **CIVIL** 1458 (JPO)

            -against-                      **CLERK'S JUDGMENT**

CITY OF NEW YORK, et al,

                             Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable J. Paul Oetken, United States District Judge, the jury having returned a verdict in favor of Defendants on all claims; accordingly, the case is closed.

**DATED:** New York, New York
             October 31, 2025

                                                  TAMMI M. HELLWIG
                                                 Clerk of Court

                           BY:
                                                 Deputy Clerk