## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Thompson v. City of N.Y.       Docket No.: 25-3130

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Diana Lawless

Firm: New York City Law Department/Office of the Corporation Counsel

Address: 100 Church Street, New York, NY 10007

Telephone: 212 356-0848     Fax:

E-mail: dlawless@law.nyc.gov

Appearance for: appellees (City, Palmer-Campbell, Montague, Simmons, Francis, Davis, Brumfeld)
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Muriel Goode-Trufant/Corporation Counsel )
(name/firm)

[ ] Substitute counsel (replacing other counsel:                  )
(name/firm)

[ ] Additional counsel (co-counsel with:                  )
(name/firm)

[ ] Amicus (in support of:                  )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on November 2, 2021     OR

[ ] I applied for admission on                  .

Signature of Counsel: /s/Diana Lawless

Type or Print Name: Diana Lawless

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Thompson

v.

City of N.Y.

**CERTIFICATE OF SERVICE***

Docket Number: 25-3130

I, Diana Lawless , hereby certify under penalty of perjury that
(print name)

on December 16, 2025 , I served a copy of notice of appearance
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery     _X_ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ___ E-Mail (on consent)

on the following parties:

| Kwaine Thompson | NYSID 07289661Q | East Elmhurst | NY | 11370 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
|  | B&C 8252500281 |  |  |  |
| Name | Address | City | State | Zip Code |
|  | North Infirmary Command (NIC) |  |  |  |
| Name | Address | City | State | Zip Code |
|  | 15-00 Hazen Street |  |  |  |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

December 16, 2025                    /s/Diana Lawless
Today's Date                                Signature

Certificate of Service Form (Last Revised 12/2015)